

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
Paula Xinis
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-0653

November 14, 2016

**Lester D. Fletcher**
1902 Rochell Ave. #1726
District Heights, MD 20747
(*Pro se*)

Re:  15-cv-03897, *Fletcher v. Carter et al.*

### LETTER ORDER

Dear Parties:

Please be advised that the Court has scheduled a status conference call for **November 23, 2016,** at **10:30 a.m.**  Parties are directed to dial in on the designated date and time.  The dial-in information is as follows:

Dial-In Number: (888) 684-8852
Access Code: 1779829
Participant Password: 112316

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

/S/
PAULA XINIS
United States District Judge

cc:  Jane Anderson (via ECF)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov