# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 20, 2019

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

    Re: Lester D. Fletcher
        v. Ashton Baldwin Carter, et al.
        No. 18-8477
        (Your No. 17-1732)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 5, 2019 and placed on the docket March 20, 2019 as No. 18-8477.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst